UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CROWLEY LATIN AMERICA SERVICES, LLC,
*Plaintiff*,

vs.                                                                          CASE NO.:

ATLANTIC PACIFIC SHIPPING, INC.,
a Florida corporation,
*Defendant*.

_____/

## CIVIL COMPLAINT IN ADMIRALTY

The Plaintiff, CROWLEY LATIN AMERICA SERVICES, LLC (hereinafter "CROWLEY"), by and through its undersigned counsel files herewith this Complaint against ATLANTIC PACIFIC SHIPPING, INC. (hereinafter "ATLANTIC") and for cause of action *in personam* states as follows:

### THE PARTIES

1. Plaintiff, CROWLEY LATIN AMERICA SERVICES, LLC is a vessel operating common carrier engaged in containerized and general cargo transportation with a place of business at Jacksonville, Florida.

2. Upon information and belief, ATLANTIC PACIFIC SHIPPING, INC. is a non-vessel operating common carrier, incorporated in the State of Florida that operates, conducts and engages in and carries on a business or business venture in Davie, Florida.

### JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. §1333.  CROWLEY is seeking to enforce rights under maritime contracts, making this an admiralty and maritime claim within the meaning

of Rule 9(h) of the Federal Rules of Civil Procedure.

## VENUE

4.  Venue in this case is proper. The Defendant is a Florida corporation with a principal address listed with The Florida Department of State, Division of Corporations at Davie, Florida which is within the territorial limits of the United States District Court for the Southern District of Florida. In addition, a substantial part of the events giving rise to the events asserted by the plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida, namely Port Everglades, Florida.

## FACTUAL ALLEGATIONS

5.  From August 2012 through and including November 2012 ATLANTIC, an NVOCC, caused to be delivered certain goods for carriage by CROWLEY between the mainland USA and Costa Rica at the agreed charges to be paid by ATLANTIC to CROWLEY pursuant to contracts of affreightment.

6.  Thereafter, the said goods were transported by CROWLEY to the ports of destination and delivered to the consignee designated by ATLANTIC.

7.  CROWLEY has duly performed all duties and obligations required to be performed by CROWLEY.

8.  Defendant has failed and refused to remit payment of $75,120.00 in ocean freight and related charges assessed in accordance with CROWLEY'S applicable contracts of affreightment, and the defendant is the responsible party to pay such charges. The ocean freight and related charges are on the statement annexed as Exhibit 1.

9.  By reason of the foregoing CROWLEY has sustained damages in the amount of $75,120.00 arising out of defendant's transportation related activities which, although duly demanded,

have not been paid by defendant.

WHEREFORE, Plaintiff prays:

1. For judgment in the amount of $75,120.00 against Defendant ATLANTIC, together with interest thereon from the date due, costs, disbursements and reasonable attorney's fees, all as provided in the applicable contracts of affreightment.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the Defendant citing defendant to appear and answer all the singular matters aforesaid.

3. The plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:   Key Biscayne, Florida
         April 30, 2013

**HALLEY & HALLEY, P.A.**

/s/ Thomas V. Halley

_____
Thomas V. Halley
Florida Bar No. 694363
*Co-Counsel for Plaintiff*
200 Crandon Boulevard – Suite 332
Key Biscayne, Florida 33149
Telephone: 305-365-1237
E-mail:  thalley@shiplaw.net

**DEE M. DOLVIN, P.A.**

/s/ Dee M. Dolvin

_____
Dee M. Dolvin
Florida Bar No. 707491
*Co-Counsel for Plaintiff*

P.O. Box 310424  
Miami, Florida  33231  
Telephone:  305-318-1919  
E-mail:  Dee@DeeMDolvin.com